# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

SHERRY JONES,           )
                                )

      **Plaintiff,**        )
                                )     No. 1:12-cv-00105

**v.**                           )
                                )     **Judge Nixon**

CAROLYN W. COLVIN,     )     **Magistrate Judge Bryant**
**Acting Commissioner of Social Security,**   )
                                )

      **Defendant.**       )

## ORDER

Pending before the Court is Plaintiff Sherry Jones's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed with a Brief in Support (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion. (Doc. No. 13.) Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 22 at 19.) The Report was filed on December 23, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the Commissioner's decision. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 17ᵗʰ day of January, 2015.

                                              _____
                                              JOHN T. NIXON, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT